IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

RANDY COOPER,

           Plaintiff,

v.                                            CIVIL ACTION NO. 5:07-cv-00249

LARRY DOTSON, Sheriff,

           Defendant.

**JUDGMENT ORDER**

By Standing Order entered on August 1, 2006, and filed in this case on April 24, 2007, this action was referred to United States Magistrate Judge Mary E. Stanley for submission of proposed findings and a recommendation (PF&R). Magistrate Judge Stanley filed her PF&R on September 24, 2007 [Docket 9]. In that filing, the magistrate judge recommended that this Court dismiss Plaintiff's Complaint [Docket 1], and remove this matter from the Court's docket.

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). In addition, this Court need not conduct a *de novo* review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Plaintiff filed his objections on September 28, 2007. While Plaintiff's objections are timely, they exhibit a complete failure to object to any proposed findings of fact or recommendation of the magistrate judge. Thus,

Plaintiff's objections are **OVERRULED**, and the Court **ADOPTS** the recommendations contained in Magistrate Judge Stanley's PF&R.

Accordingly, the Court hereby **DISMISSES** Plaintiff's Complaint [Docket 1], and **DIRECTS** the Clerk to remove this action from the Court's docket. The Court further **DIRECTS** the Clerk to send a copy of this Judgment Order to all counsel of record, all unrepresented parties, and Magistrate Judge Stanley.

      ENTER:    February 22, 2008

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE